IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
CENTRAL DIVISION

**JOSHUA L. JONES**                                                                                             **PLAINTIFF**

**v.**                                    **4:22-CV-01027-BRW**

**JUDGE BARBARA HALSEY,** *ET AL*                                             **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED, without prejudice.

Dismissal of this case constitutes a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g). I certify that an *in forma pauperis* appeal from this order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 5th day of December 2022.

                                                      Billy Roy Wilson
                                                      UNITED STATES DISTRICT JUDGE